No. 849. LINCOLN ROCHESTER TRUST CO., ADMINISTRATOR, *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *T. Carl Nixon* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Robert N. Anderson* and *Harold M. Seidel* for the United States.

No. 850. BERNSTEIN *v.* RIBICOFF, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 3d Cir. Certiorari denied. *Benjamin Bernstein pro se. Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for respondent.

No. 851. WHITELIGHT PRODUCTS DIVISION OF WHITE METAL ROLLING AND STAMPING CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied. *Robert Abelow* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 852. WOODARD ET AL., DOING BUSINESS AS WOODARD MOTOR CO., *v.* GENERAL MOTORS CORP. C. A. 5th Cir. Certiorari denied. *Irving L. Goldberg* for petitioners. *Ira Butler, Daniel Boone, Aloysius F. Power* and *Charles L. Stephens* for respondent.

No. 854. TORRANCE *v.* SALZINGER, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied. *Elder W. Marshall* for petitioner. *David Stahl,* Attorney General of Pennsylvania, *Huette F. Dowling,* Special Deputy Attorney General, and *Alfred P. Filippone,* Deputy Attorney General, for respondents.